IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:12-cr-00176 |
| v. ) | |
| ) | Judge Nixon |
| CHRISTOPHER FRANKLIN WADDELL ) | |

### ORDER

Pending before the Court is Defendant Christopher Waddell's Motion to Appoint New Counsel ("Motion"), requesting the Court appoint new counsel to represent him. (Doc. No. 18.) Defendant has since filed a letter stating he wishes to withdraw the Motion, as he has been in contact with his current counsel. (Doc. No. 21.) Accordingly, the Motion is **WITHDRAWN**.

It is so ORDERED.

Entered this the 14th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT